[No. 5807–1.  Division One.  August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS MAE BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80794, Robert W. Winsor, J., entered July 12, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Ringold, JJ.

[No. 2167–3.  Division Three.  August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD L. WYATT, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 20068, Sidney R. Buckley, J., entered November 19, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Roe, J.

[No. 2899–2.  Division Two.  August 4, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD WEDDEL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6233, Alan R. Hallowell, J., entered April 7, 1977. *Dismissed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Soule, JJ.